**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **MANUEL DAVID OROZCO,** <br><br> Defendant. | **CR 17-43-GF-BMM** <br><br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Manuel David Orozco appeared before the Court on August 1, 2017, and entered a plea of guilty to the Superseding Information. He also admitted the forfeiture allegation. Orozco's plea provides a

1

factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Orozco's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

- Lenovo V570 Laptop computer, S/N: WB05967031, containing a Western Digital 500 GB Hard Disk Drive, model WD500BPVT, serial number WX41EA1JSS11;

THAT the United States Marshals Service and the Department of Homeland Security Investigations are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253(a) and 21 U.S.C.

§ 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 8th day of August, 2017.

_____
Brian Morris
United States District Court Judge